UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR - 4 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANNE CORBIN
13213 BARRISTER PLACE
WOODBRIDGE, VA 22192
703-304-5300

VS.

Case: 1:15-cv-00317 (F Deck)
Assigned To : Jackson, Ketanji Brown
Assign. Date : 3/4/2015
Description: Pro Se Gen. Civil

U.S. DEPARTMENT OF LABOR
OFFICE OF LABOR-MANAGEMENT STANDARDS
200 CONSTITUTION AVENUE, NW, ROOM N-1519
WASHINGTON, DC 20210



## COMPLAINT

This complaint regards charges that the Defendant did fail to carry out the duties of their position by neglecting to address a legitimate complaint in a reasonable time and by ignoring facts as presented to them in a timely manner. On February 10, 2014, the Complainant opened a complaint with the Defendant regarding the alleged unlawful removal of the Complainant and another party from their elected positions in a Federal Employees Union, AFGE Local 1786, Quantico, VA, and the placement of that local by their parent organization, AFGE National, in trusteeship. Shortly thereafter, the Defendant started an investigation. For the next 11 months no word was received from the Defendant on the status of that complaint even though the Complainant was in regular contact with the Defendant, to include filing additional charges against the trustee for violating trusteeship law as the alleged violations were happening. Then on January 6, 2015, the Defendant responded to the 11 month old complaint, closing the case and citing the reason as being that Local 1786 held an election, installed new officers and dissolved the trusteeship, rendering the Complainant's charges as moot. In that letter, which addressed not

one charge that the Complainant sent the Defendant, the Defendant cited two legal cases as basis for their action - neither of which had anything to do with the complaint. The Complainant believes that by waiting 11 months to respond in addition to failing to address any of her complaints, a miscarriage of justice occurred. The Complainant would like the court to look at the facts of the case, set aside the Defendant's response, order the Defendant to reopen the case and properly and within the law address all charges, and reimburse her filing fees ($400.00).

Anne M Corbin
13213 Barrister Place
Woodbridge, VA 22192